No. 87–1842. KALTSAS ET AL. v. CITY OF NORTH CHICAGO ET AL. Appeal from App. Ct. Ill., 2d Dist., dismissed for want of substantial federal question. JUSTICE WHITE, JUSTICE BLACK-

MUN, and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.